UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Phillip Wendell Hogan

    Plaintiff,

v.                                                                          Case No. 15-10923

Visio Financial Services, Inc.,                          Honorable Sean F. Cox
                                                                                                     Magistrate Judge David R. Grand

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Plaintiff filed this action on March 3, 2015 in Wayne County Circuit Court, alleging several state law causes of action in addition to a claim pursuant to the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605, all of which stem from the foreclosure of his property located in Detroit, Michigan.

Defendant removed the case to this Court on March 12, 2015. (Notice of Removal, Doc. #1). The Court declined to exercise supplemental jurisdiction over Plaintiff's state law claims and remanded them back to the Wayne County Circuit Court. (Remand Order, Doc. #5). Shortly thereafter, Defendant filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. #7).

On June 2, 2015, Magistrate Judge David R. Grand issued a Report and Recommendation ("R&R") recommending that the Court grant Defendant's Motion to Dismiss. (R&R, Doc. #14). Magistrate Judge Grand reasoned that, because Plaintiff seeks only equitable relief, and because equitable relief is not an available form of relief under RESPA and its implementing regulations,

1

Plaintiff has failed to state a claim upon which relief may be granted. (R&R, Doc. #14 at 3, 4–6).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. FED. R. CIV. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3).

Neither party has filed objections to the R&R and the time for doing so has passed. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ACCEPTS AND ADOPTS the June 2, 2015 R&R. IT IS ORDERED that Defendant's Motion to Dismiss (Doc. #7) is GRANTED and Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: June 25, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 25, 2015, by electronic and/or ordinary mail.

                                                S/Jennifer McCoy
                                                Case Manager